IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BERNICE GILL                                                                                                  PLAINTIFF

v.                                                  3:08CV00014 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 27th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE